IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO PAYNE,<br>  Plaintiff,<br>  v.<br>C.O. SAUDER, et al.,<br>  Defendants. | No. C 14-5276 MEJ  (PR)<br><br>**ORDER OF TRANSFER** |

Plaintiff Orlando Payne, a state prisoner currently incarcerated at High Desert State Prison (HDSP), filed a pro se civil rights complaint under 42 U.S.C. § 1983 complaining that HDSP staff confiscated his property.

The acts complained of in his complaint occurred at HDSP, located in Lassen County which lies in the Eastern District of California. Venue, therefore, properly lies in the Eastern District and not in this one. See 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The Clerk of the Court shall transfer the case forthwith.

IT IS SO ORDERED.

DATED: December 8, 2014

Maria-Elena James
United States Magistrate Judge